IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. BRANDON D. MURPHY, Defendant. | 6:22-po-5057-KLD VIOLATION: 9597169 ORDER |

Based upon the motion of the United States pursuant to the agreement between the parties and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a $50.00 special assessment and a $30.00 processing fee and $10.00 special assessment. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check(s) should be made out to the U.S. Courts - CVB.  Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that the initial appearance set for December 1, 2022 is vacated.

DATED this __29th__ day of November, 2022.

_/s/ Kathleen L. DeSoto_
Kathleen L. DeSoto
United States Magistrate Judge